PIERCE, Justice,
Specially Concurring:
¶ 40. I specially concur in this matter due to the fact that the Commission on Judicial Performance included as one factor that Judge Hartzog had “known Moses all her life _” in its pleadings. Jefferson Davis County, much like many rural counties in Mississippi, is sparsely populated. Thus, it is not uncommon for a justice court judge to have known a party all of his or her life. In this case, much more was involved than simply knowing a party. I write separately, however, to emphasize that knowing a party, standing alone, is not the test for a conflict of interest. See Jenkins v. State, 570 So.2d 1191, 1192 (Miss.1990) (holding that this Court’s objective test to determine whether a judge should recuse himself is whether “a reasonable person, knowing all the circumstances, would harbor doubts about his impartiality.” (Emphasis added, internal citations omitted.))
WALLER, C.J., CARLSON, P.J., DICKINSON, RANDOLPH, LAMAR AND CHANDLER, JJ., JOIN THIS OPINION.